United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. _____

**DELGADO PACHECO, JOSE LUIS** _____  Chapter **13** _____
                                Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **7/29/2011**   ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION   Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| | 500.00 | | 12 | | 6,000.00 |
| | 700.00 | | 12 | | 8,400.00 |
| | 775.00 | | 36 | | 27,900.00 |
| | | | | | |
| | | | | | |

TOTAL: $ **42,300.00**

Additional Payments:
$ **1,520.00** to be paid as a LUMP SUM within **60 months** with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **43,820.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: **/s/ JOSE LUIS DELGADO PACHECO**
          Debtor

          _____
          Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **RELIABLE FINANCIA** Cr. _____ Cr. _____
 # **6634**     # _____  # _____
 $ **29,669.03** $ _____ $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices** _____  Phone: **(787) 758-4400** _____

AMENDED CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE DELGADO PACHECO, JOSE LUIS**                  Case No. _____
<br>Debtor(s)

# AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **LUIS BURGOS RIVER** | | |

.
.
.
.
.
.
.
.

**TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.**

**ADEQUATE PROTECTION PAYMENT TO RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 6634   UNTIL CONFIRMATION $200.00 TO BE PAID BY TRUSTEE MONTHLY.**

**NO INSURANCE IS NEEDED LIENHOLDER  RELIABLE FINANCIAL ACCOUNT ENDING NUMBER 6634   HAS BEEN SATISFIED BY MATURITY DATE**

**DEBTOR PROVIDES FOR THE LIFT OF STAY IN FAVOR OF BPPR- MORTGAGE LOAN                 ACCOUNT ENDING  #7201**

**ANY CHRISTMAS BONUS IF ANY THAT DEBTOR MAY PROSPECTIVELY  RECEIVE FOR THE DURATION OF THE PLAN WILL BE PAID INTO THE PLAN,  EXCEPT FOR THE FIRST $1,000.00 DOLLARS AND THOSE AMOUNT REASONABLY NEEDED, WHICH WILL BE CONSULTED WITH THE TRUSTEE , SHOULD NO AGREEMENT BE REACHED WITH THE TRUSTEE IN THIS MATTER DEBTOR WILL MOVE THE COURT ACCORDINGLY, IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS.**

**ANY POST PETITION TAX  RETURNS THAT MAY PROSPECTIVELY  ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN   IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS,  AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.**

**PARTIAL PAYMENTS FROM TAX RETURNS.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only