# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JOSE LUIS DELGADO PACHECO

Bkrtcy. No. 11-06382-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Jul 29, 2011 | Meeting Date: Aug 29, 2011 | DC Track No. 16 |
| Days from petition date: 31 | Meeting Time: 1:00 PM | |
| 910 Days before Petition: 1/30/2009 | ☐ Chapter 13 Plan Date: ~~Jul 29~~, 2011 Dkt.#~~2~~  8-18-2011 Dkt #9  ☑ Amended | |
| This is debtor(s) 2nd Bankruptcy petition. | Plan Base: $43,820.00 | |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Oct 13, 2011 | Time: 3:30 PM |

Payment(s) ☐ Received or ☑ Evidence shown at meeting: Ck/MO No. 3954  Date 8-26-2011  Amount $510.00  Total Paid In: $0.00

### I. Appearances:
- ☐ Telephone ☐ Video Conference
- ☑ Debtor Present   ☑ ID & Soc. OK   ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☑ Examined   ☐ Not Examined under oath
- Attorney for Debtor(s) ☐ Present   ☐ Not Present
- ☑ Substitute attorney: Aida M. Enriquez   ☐ Pro-se
- ☐ Creditor(s) present:   ☑ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: MARILYN VALDES ORTEGA*
- Total Agreed: $3,000.00
- Paid Pre-Petition: $0.00
- Outstanding: $3,000.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear;   ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☑ Under ☐ Above Median Income.
- Liquidation Value: $134.00
- Commitment Period is ☑ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- S.93  The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☑ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ① ☑ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Tax returns requirements. [§1308]
- ② ☑ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
② Evidence of being current with DSO payments until 1st week of October 2011 must be submitted.
① The plan must be amended to provide for direct payments to DSO claimant.

/s/ José R. Carrión
Trustee          Presiding Officer          Page 1 of 1          Date: Aug 29, 2011